S.L., Appellant, v J.R., Respondent.

Submitted April 18, 2016; decided April 28, 2016

Motion by appellant to strike, deemed a motion to strike the supplemental appendix and related references to the documents contained therein in the briefs of the respondent and the Attorney for the Child, granted and said material deemed stricken.

Chief Judge DiFiore taking no part.

In the Matter of Reginald Swinton, Appellant, v Dora Schriro, Respondent.

Submitted February 29, 2016; decided April 28, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

Anthony Turturro, an Infant, by His Mother and Natural Guardian, Elida Turturro, et al., Respondents, v City of New York, Appellant, and Louis Pascarella et al., Respondents.

Submitted April 25, 2016; decided April 28, 2016

Motion by County of Suffolk for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.